## Wade WARD v. STATE.
### No. 15943.

Court of Criminal Appeals of Texas.

April 12, 1933.

Clay Cotton, of Palestine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile on a public street while intoxicated; punishment, a fine of $75.

The record is here without statement of facts or bills of exception. The judgment and sentence appear regular.

The judgment will be affirmed.